Matter of Pineda v Reyes (2025 NY Slip Op 03006)

Matter of Pineda v Reyes

2025 NY Slip Op 03006

Decided on May 15, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 15, 2025

Before: Renwick, P.J., Kapnick, Mendez, Pitt-Burke, Michael, JJ. 

Index No. 154818/25|Appeal No. 4546|Case No. 2025-02824|

[*1]In the Matter of Alexander Lorenzo Reyes Pineda, et al., Petitioners-Appellants, 
v
Nicholas A. Reyes, et al., Respondents-Respondents.

Law Office of Aaron S. Foldenauer, New York (Aaron S. Foldenauer of counsel), for appellants.
Paul D. Newell, New York, for Nicholas A. Reyes, respondent.

Judgment, Supreme Court, New York County (Jeffrey H. Pearlman, J.), entered May 06, 2025, unanimously affirmed for the reasons stated by Jeffrey H. Pearlman, J., without costs or disbursements.
No opinion. Order filed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 15, 2025